UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 08-100-KKC

UNITED STATES OF AMERICA        PLAINTIFF

VS.                **O R D E R**

ERNESTO QUITERIO-PEREZ        DEFENDANT

This matter having been assigned for a motion hearing before the undersigned on June 4, 2008, and the parties having advised the court that they have no motions pending at this time,

IT IS HEREBY ORDERED that the motion hearing scheduled for June 4, 2008, is SET ASIDE.

This 2nd day of June, 2008.

Signed By:
*James B. Todd*
United States Magistrate Judge